**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert J. Behrens, | ) | No. CV-06-2581-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Janice Lynn Behrens | ) | |
| Defendant. | ) | |

On November 21, 2006, U.S. Magistrate Judge Lawrence O. Anderson issued a Notice of Assignment, OSC and Order (docket # 9) and ordered, among others, that Plaintiff shall file on or before December 1, 2006, his written election to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge. Plaintiff was warned that failure to comply with this orders or other orders may result in the dismissal of Plaintiff's Complaint without prejudice pursuant to Rule 41, FED.R.CIV.P. (*Id.* at 3)

In view of Plaintiff's *pro se* status, the district court construes his pleadings liberally. *Haines v. Kerner*, 404 U.S. 519, 520 (1972). On December 1, 2006, Plaintiff filed a non-responsive, rambling pleading entitled "Response TO ORDER" that wholly fails to address the consent/election issue. (docket # 11)

Consistent with a district court's requirement to screen *pro se* cases pursuant to Title 28 U.S.C. § 1915(e)(2) wherein a *pro se* plaintiff has been or may be granted *in*

*forma pauperis* status,[1] Magistrate Judge Anderson authored and filed a Report and Recommendation on December 7, 2006, recommending that Plaintiff's Complaint be dismissed without prejudice as duplicative to the claims in CV-06-2070-PHX-EHC and for Plaintiff's failure to comply with court orders. (docket # 12)   Plaintiff has not filed an Objection or response to Magistrate Judge Anderson's Report and Recommendation. Through an administrative error, Magistrate Judge Anderson's Report and Recommendation was not directed to the Phoenix division liaison district judge.

Plaintiff has failed to comply with Magistrate Judge Anderson's November 21, 2006 Order or filed an Objection to his December 7, 2006 Report and Recommendation. Therefore, sanctions are appropriate pursuant to LRCiv 83.1(f)(1), Rules of Practice for the United States District Court for the District of Arizona, effective December 1, 2006.  In view of Plaintiff's  non-compliance, the Court will dismiss Plaintiff's Complaint.

Even though the district court construes *pro se* pleadings liberally, "*[p]ro se* litigants must [still] follow the same rules of procedure as other litigants." *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).  Dismissal of a complaint for failure to comply with the procedural rules of the court is within the district court's discretion.  *Original Ballet Russe, Ltd. v. Ballet Theatre, Inc.*, 133 F.2d 187, 188 (2nd Cir. 1943); *Sergio Bautista et al. v. Los Angeles County*, 216 F.3rd 837 (9th Cir. 2000).  Moreover, district courts have the inherent power to control their dockets and in the exercise of that power may impose sanctions including, where appropriate, dismissal of a case. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).  "In determining whether to dismiss a case for failure  to comply with a court order, district courts must weigh five factors:  (1) the public interest; (2) the court's need to manage the docket; (3) the risk of prejudice to the defendant; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." *Id.* at 1260-61.

---

[1] Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (docket # 3) is still under advisement.

1  After considering and weighing all five factors to determine if dismissal is
2 appropriate for Plaintiff's failure to comply with the Court's orders, the Court concludes
3 dismissal without prejudice of the Plaintiff's Complaint is appropriate and just under the
4 circumstances of this case.
5  Accordingly,
6  **IT IS ORDERED** that Plaintiff's Complaint is hereby dismissed without
7 prejudice.
8  DATED this 22nd day of May, 2007.

_____
Mary H. Murguia
United States District Judge